## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| James Harold Cooper, | Chapter 13 |
|---|---|
| *Debtor.* | Case No. 24-11994-pmm |

## Motion to Impose the Automatic Stay

Debtor James Harold Cooper, by their attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on June 11, 2024. They will soon file a plan and all schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b).

2. The Debtor's following two cases were dismissed within the past year:

| Case No. | Chapter | Filed | Dismissed | District |
|---|---|---|---|---|
| 24-11003-pmm | 13 | March 25, 2024 | April 25, 2024 | Eastern District of Pennsylvania |
| 24-11808-pmm | 13 | May 28, 2024 | June 10, 2024 | Eastern District of Pennsylvania |

3. Consequently, the automatic stay is not in effect. 11 U.S.C. § 362(c)(3)(A).

4. The Court may impose the automatic stay upon notice, hearing, and a showing that the instant case was filed in good faith. 11 U.S.C. § 362(c)(3)(B). A case is filed in good faith when there are positive changing circumstances showing that a debtor can successfully see a chapter 13 through to the end. In re Legree, 285 B.R. 615, 620 (Bankr. E.D. Pa. 2002).

5. This case was filed in good faith.

6. Because this case was filed in good faith, the Court must impose the automatic stay against all creditors for the duration of this case.

For these reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 11, 2024

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com