# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11994-pmm |
| James Harold Cooper, | Chapter 13 |
| Debtor. | |

## Notice of Debtor's Motion to Approve Lacey Cooper as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements, Response Deadline, and Hearing Date

A Motion to Approve Lacey Cooper as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements has been filed with the court in the above matter by Debtor James Harold Cooper.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

**If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then on or before **Tuesday, June 25, 2024**, you or your attorney must file a response to the motion.

**A hearing on the motion is scheduled to be held on Thursday, July 11, 2024, at 11:00 a.m.** before U.S. Bankruptcy Judge Patrica M. Mayer in Courtroom No. 1 at the Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. The hearing will be an evidentiary hearing unless the court orders otherwise.

**If you do not file a response to the motion, the court may cancel the hearing and enter an order granting the relief requested in the motion.** You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

### How to File a Response

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline.

Dated: June 11, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com