# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| James Harold Cooper,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-11994-pmm |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Approve Lacey Cooper as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements

- Notice of Motion to Approve Lacey Cooper as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements, Response Deadline, and Hearing Date

Dated: June 11, 2024

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

American Heritage Federal Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

Apex Community Fcu
540 Old Reading
Stowe, PA 19464

Borough of Pottstown
100 E High St
Pottstown, PA 19464-5438

Citadel FCU
Attn: Bankruptcy 520 Eagleview Blvd
Exton, PA 19341

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citizens Bank
Attn: Bankruptcy One Citizens Dr
Providence, RI 02903

ComenityCapital/Boscov
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

First Digital Card
Attn: Bankruptcy
PO Box 85650
Sioux Falls, SD 57118

First National Bank of Pennsylvania
Attn: Legal Dept 3015 Glimcher Blvd
Hermitage, PA 16148

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Grow Credit Inc.
Attn: Bankruptcy 1447 2nd Street
Santa Monica, CA 90401

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Members 1st FCU
Attn: Bankruptcy 5000 Marketplace Way
Enola, PA 17025

Montgomery County Tax Claim Bureau
1 Montgomery Plz Ste 600
Norristown, PA 19401-4851

Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

One Main Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
150 Corporate Blvd
Norfolk, VA 23502-4952

Pottstown School District
230 Beech St
Pottstown, PA 19464-5502

Raymour & Flanigan
Attn: Bankruptcy
PO Box 220
Liverpool, NY 13088

Truist Financial
Attn: Bankruptcy 214 N Tryon St
Charlotte, VA 28202

Santander Consumer USA, Inc
Attn: Bankruptcy
95 Amaral St
Riverside, RI 02915-2204

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

Springleaf Financial S
Po Box 969
Evansville, IN 47706

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Synchrony Bank/HHGregg
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Walmart Credit Services/Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC
X2303-01A 3rd Floor
Des Moines, IA 50328

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Tomocredit
ATTN Bankruptcy 535 Mission Street Floor 14
San Francisco, CA 94105

Tri County Area Fcu
1550 Medical Dr
Pottstown, PA 19464