# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  James Harold Cooper, | : | Chapter 13 |
| | : | |
| | : | Case No. 24-11994 (PMM) |
| | : | |
| **Debtor.** | : | |

## ORDER DENYING MOTION

AND NOW, upon consideration of the Debtor's Motion to Impose Automatic Stay (doc. #6, the "Motion");

AND a hearing on the Motion having been held and concluded on July 11, 2024;

AND for the reasons stated on the record in open court at the hearing, it is hereby **ordered** that:

1) The Motion is **denied**; and

2) The automatic stay, 11 U.S.C. §362, is <u>not in effect with respect to any creditor</u>.

*/s/ Patricia M. Mayer*

Date: 7/11/24

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge