United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-11994-pmm
James Harold Cooper  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jul 11, 2024      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Harold Cooper, 24 Beech St, Pottstown, PA 19464-5402 |
| cr | + | Citadel Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14896514 | + | Apex Community Fcu, 540 Old Reading, Stowe, PA 19464-3732 |
| 14896515 | | Borough of Pottstown, 100 E High St, Pottstown, PA 19464-5438 |
| 14898213 | + | Citadel Credit Union, c/o M. Jacqueline Larkin, Esq., Vaughan McLean, Two Logan Square, 100 N. 18th Street, Suite 700 Philadelphia, PA 19103-2765 |
| 14898245 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14896519 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14896528 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14896536 | + | Pottstown School District, 230 Beech St, Pottstown, PA 19464-5591 |
| 14896538 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14896543 | + | Tomocredit, ATTN Bankruptcy 535 Mission Street Floor, San Francisco, CA 94105-2997 |
| 14896544 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14896513 | + | Email/Text: jvalencia@amhfcu.org | Jul 12 2024 00:01:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14896516 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 12 2024 00:02:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14896517 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 00:15:44 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896518 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 00:14:46 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896520 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2024 00:01:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14896521 | ^ | MEBN | Jul 11 2024 23:52:33 | First Digital Card, Attn: Bankruptcy, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 14900609 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 12 2024 00:01:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14896522 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

Case 24-11994-pmm   Doc 21   Filed 07/13/24   Entered 07/14/24 00:35:07   Desc Imaged
                                   Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 12 2024 00:01:00 | First National Bank of Pennsylvania, Attn: Legal Dept 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 14896523 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 12 2024 00:32:17 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14896524 | | Email/Text: behappy@growcredit.com | Jul 12 2024 00:01:00 | Grow Credit Inc., Attn: Bankruptcy 1447 2nd Street, Santa Monica, CA 90401 |
| 14896525 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2024 00:01:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14896526 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2024 00:01:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14900837 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 00:16:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14896527 | + | Email/Text: Unger@Members1st.org | Jul 12 2024 00:01:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14896529 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2024 00:01:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14896530 | + | Email/PDF: cbp@omf.com | Jul 12 2024 00:32:18 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14896531 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 12 2024 00:01:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14896532 | | Email/Text: fesbank@attorneygeneral.gov | Jul 12 2024 00:01:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14896535 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 00:32:04 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14896533 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14896534 | ^ | MEBN | Jul 11 2024 23:53:18 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14896537 | ^ | MEBN | Jul 11 2024 23:53:05 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14896539 | | Email/PDF: cbp@omf.com | Jul 12 2024 00:16:21 | Springleaf Financial S, Po Box 969, Evansville, IN 47706 |
| 14896540 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 00:32:15 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14896541 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 00:14:46 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14896542 | + | Email/Text: bncmail@w-legal.com | Jul 12 2024 00:01:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14896545 | + | Email/Text: bankruptcy@bbandt.com | Jul 12 2024 00:01:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, VA 28202-0129 |
| 14896546 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 12 2024 00:01:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14896547 | ^ | MEBN | Jul 11 2024 23:52:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14896548 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 00:16:06 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896549 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

Jul 12 2024 00:15:26    Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Creditor Citadel Credit Union mjlarkin@vaughanmclean.com cgarrett@vaughanmclean.com |
| MICHAEL A. CIBIK | on behalf of Debtor James Harold Cooper help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  James Harold Cooper,      :     Chapter 13
                                  :
                                  :     Case No. 24-11994 (PMM)
                                  :
Debtor.                           :

## ORDER DENYING MOTION

AND NOW, upon consideration of the Debtor's Motion to Impose Automatic Stay (doc. #6, the "Motion");

AND a hearing on the Motion having been held and concluded on July 11, 2024;

AND for the reasons stated on the record in open court at the hearing, it is hereby

**ordered** that:

1) The Motion is **denied**; and

2) The automatic stay, 11 U.S.C. §362, is not in effect with respect to any creditor.

Date: 7/11/24

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge