United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 24-11994-pmm

James Harold Cooper                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                       User: admin                         Page 1 of 3
Date Rcvd: Sep 13, 2024                    Form ID: pdf900                     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Harold Cooper, 24 Beech St, Pottstown, PA 19464-5402 |
| cr | + | Citadel Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14896514 | + | Apex Community Fcu, 540 Old Reading, Stowe, PA 19464-3732 |
| 14896515 | | Borough of Pottstown, 100 E High St, Pottstown, PA 19464-5438 |
| 14898245 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14898213 | + | Citadel Credit Union, c/o M. Jacqueline Larkin, Esq., Vaughan McLean, Two Logan Square, 100 N. 18th Street, Suite 700 Philadelphia, PA 19103-2765 |
| 14896519 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14896528 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14896536 | + | Pottstown School District, 230 Beech St, Pottstown, PA 19464-5591 |
| 14896538 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14896543 | + | Tomocredit, ATTN Bankruptcy 535 Mission Street Floor, San Francisco, CA 94105-2997 |
| 14896544 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 23:53:56 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| 14896513 | + | Email/Text: jvalencia@amhfcu.org | Sep 13 2024 23:53:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14915946 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 23:53:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14896516 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 13 2024 23:53:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14896517 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2024 00:04:41 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896518 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2024 00:04:41 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14896520 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 23:53:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |

Case 24-11994-pmm   Doc 30   Filed 09/15/24   Entered 09/16/24 00:33:39   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 14896521 | ^ MEBN | Sep 13 2024 23:49:32 | First Digital Card, Attn: Bankruptcy, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 14900609 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 13 2024 23:53:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14896522 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 13 2024 23:53:00 | First National Bank of Pennsylvania, Attn: Legal Dept 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 14896523 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 13 2024 23:53:56 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14896524 | + Email/Text: behappy@growcredit.com | Sep 13 2024 23:53:00 | Grow Credit Inc., Attn: Bankruptcy 1447 2nd Street, Santa Monica, CA 90401 |
| 14896525 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2024 23:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14916719 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2024 23:53:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14916917 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2024 23:53:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14917625 | Email/Text: BNCnotices@dcmservices.com | Sep 13 2024 23:53:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14896526 | Email/Text: PBNCNotifications@peritusservices.com | Sep 13 2024 23:52:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14900837 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 23:53:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14907933 | + Email/Text: Unger@Members1st.org | Sep 13 2024 23:53:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14896527 | + Email/Text: Unger@Members1st.org | Sep 13 2024 23:53:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14915281 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2024 23:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14896529 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 13 2024 23:53:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14896530 | + Email/PDF: cbp@omf.com | Sep 13 2024 23:53:55 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14896531 | + Email/Text: bankruptcygroup@peco-energy.com | Sep 13 2024 23:53:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14896532 | Email/Text: fesbank@attorneygeneral.gov | Sep 13 2024 23:53:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14896535 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2024 00:04:38 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14896533 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14896534 | ^ MEBN | Sep 13 2024 23:50:04 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14896537 | ^ MEBN | Sep 13 2024 23:49:46 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14896539 | Email/PDF: cbp@omf.com | Sep 13 2024 23:54:25 | Springleaf Financial S, Po Box 969, Evansville, IN 47706 |
| 14896540 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 23:54:16 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 14896541 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 23:53:55 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14896542 | + | Email/Text: bncmail@w-legal.com | Sep 13 2024 23:53:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14896545 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2024 23:53:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, VA 28202-0129 |
| 14896546 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2024 23:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14896547 | ^ | MEBN | Sep 13 2024 23:49:42 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14896548 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 23:53:55 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896549 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 23:53:54 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2024         Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Creditor Citadel Credit Union mjlarkin@vaughanmclean.com  cgarrett@vaughanmclean.com |
| MICHAEL A. CIBIK | on behalf of Debtor James Harold Cooper help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JAMES HAROLD COOPER<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-11994-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 13, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge